IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:16CR 046 (REP) |
| | ) | |
| DAZZMOND T. HAWTHORNE | ) | |

**STATEMENT OF FACTS**

The United States and the defendant agree that the factual allegations contained in this Statement of Facts and in Counts One and Two of the Indictment are true and correct, and that the United States could have proven them beyond a reasonable doubt.

1. On or about March 2, 2016, in the Eastern District of Virginia and within the jurisdiction of this Court, DAZZMOND T. HAWTHORNE did knowingly and unlawfully obstruct, delay, and affect commerce by robbery, and did aid, abet, counsel, command and cause to be obstructed, delayed and affected commerce by robbery, to wit: DAZZMOND T. HAWTHORNE did rob and did aid, abet, counsel, command and cause the robbery of the Sunoco Gas Station at 1301 N. Laburnum Avenue, Henrico, Virginia, a business engaged in interstate commerce, in violation of Title 18, United States Code, Sections 2 and 1951.

2. On or about March 15, 2016, in the Eastern District of Virginia and within the jurisdiction of this Court, DAZZMOND T. HAWTHORNE did knowingly and unlawfully obstruct, delay, and affect commerce by robbery, and did aid, abet, counsel, command and cause to be obstructed, delayed and affected commerce by robbery, to wit: DAZZMOND T. HAWTHORNE did rob and did aid, abet, counsel, command and cause the robbery of the Check

Into Cash at 3059 Mechanicsville Turnpike, Henrico, Virginia, a business engaged in interstate commerce, in violation of Title 18, United States Code, Sections 2 and 1951.

3. On March 2, 2016, two men wearing masks robbed the Sunoco Gas Station at 1301 N. Laburnum Avenue, Henrico, Virginia. One of the men pointed what appeared to be a semi-automatic pistol at the store clerk while the other forced him to the ground. The armed robber went to the cash register and removed approximately $884. When the clerk said that he could not open the store safe, the armed robber pistol whipped him.

4. The two robbers then fled the store and got into green 4-door Buick Roadmaster with Virginia tag VCF-4521, which was defendant's vehicle. Defendant was behind the wheel of the car, acting as the get-away driver.

5. The Sunoco Gas Station is a business engaged in interstate and foreign commerce, and the robbery of that business affected commerce, as that is defined in 18 U.S.C. § 1951.

6. On March 15, 2016, defendant entered Check Into Cash at 3059 Mechanicsville Turnpike, Henrico, Virginia, displayed what appeared to be a medium frame semi-automatic pistol and demanded cash. When the clerk opened the register, defendant removed in excess of $600. He then demanded and received the store surveillance camera. Defendant was not wearing any covering on his face.

7. After the robbery, defendant got into his green 4-door Buick Roadmaster with Virginia tag VCF-4521 and left the area.

8. Check Into Cash is a business engaged in interstate and foreign commerce, and the robbery of that business affected commerce, as that is defined in 18 U.S.C. § 1951.

9. On March 15, 2016, the clerk from the Check Into Cash robbery positively identified defendant in a double-blind photo spread as the person who had robbed her earlier that day.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Stephen W. Miller
Assistant United States Attorney

I have consulted with my attorney regarding this Statement of Facts. I knowingly and voluntarily agree that each of the above-recited facts is true and correct and that had this matter gone to trial the United States could have proven each one beyond a reasonable doubt.

4/27/16
_____                    _____
Date                                        DAZZMOND T. HAWTHORNE

I am counsel for defendant, DAZZMOND T. HAWTHORNE. I have carefully reviewed this Statement of Facts with him and, to my knowledge, his decision to agree to this Statement of Facts is an informed and voluntary decision.

3

_____4/27/16_____           _____[signature]_____
Date                                                Paul Gill
                                                                       Counsel for Defendant